NEIL C. EVANS  (State Bar No. 105669)
LAW OFFICES OF NEIL C. EVANS
13351 D Riverside Drive, Ste. 612
Sherman Oaks, CA 91423
(818) 802-8333

Attorney for DEFENDANT
CREDITORS SPECIALTY SERVICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TOMLIN, | Case No.: 2:15-cv-08544-JRW |
| Plaintiff, | NOTICE OF BANKRUPTCY STAY |
| vs. | |
| CREDITORS SPECIALTY SERVICE, ET AL., | |
| Defendants. | |

PLEASE BE ADVISED that the sole Defendant, CREDITORS SPECIALTY SERVICE, INC. ("Defendant"), filed a Chapter 11 Bankruptcy on August 11, 2016, as Case No.: 2:16-bk-20721, in the United States Bankruptcy Court, Central District, which Bankruptcy is still pending, and that this action is presently stayed as a result of this filing.

Dated: October 4, 2016

                          LAW OFFICES OF NEIL C. EVANS

                          By: _____
                          NEIL C. EVANS
                          Attorney for Defendant
                          CREDITORS SPECIALTY SERVICE, INC.